United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 14, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-31000
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

GREGORY O'NEAL FRANKLIN

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:99-CR-19-1
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gregory
O'Neal Franklin has requested leave to withdraw and has filed a
brief as required by Anders v. California, 386 U.S. 738 (1967).
Franklin has not filed a response to the motion. Our independent
review of the brief and the record discloses no nonfrivolous
issues for appeal. Counsel's motion for leave to withdraw is
GRANTED, counsel is excused from further responsibilities, and
the appeal is DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.